**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| STEPHEN B. GRANT, on behalf of The United States of America and on behalf of the State of Iowa, | * * * * | CIVIL NO. 4:18-cv-00095-SMR-SBJ |
| Plaintiff, | * | |
| v. | * * | **SCHEDULING AND** **TRIAL SETTING ORDER** |
| STEVEN K. ZORN, IOWA SLEEP DISORDERS CENTER, P.C. and IOWA CPAP, L.L.C., | * * * * | |
| Defendants. | * * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 19, 2019.  Based on the discussions during the conference and the parties' proposed schedule (Dkt. 22), it is hereby ordered:

1.  A Jury Trial shall be scheduled to begin on April 19, 2021, at 9:00 a.m., before United States Judge Stephanie M. Rose, in the United States Courthouse, Des Moines, Iowa.   The parties estimate trial will take 7 days.

2.  A Final Pretrial Conference shall be held on March 25, 2021, at 10:00 a.m., in the United States Courthouse, Des Moines, Iowa, before United States Magistrate Judge Stephen B. Jackson, Jr.

3.  The parties shall exchange initial disclosures by January 15, 2020.

4.  Motions to add parties shall be filed by February 18, 2020.

5.  Motions for leave to amend pleadings shall be filed by February 18, 2020.

6.  Plaintiff shall designate expert witnesses and disclose their written reports by April 17, 2020.

7.  Defendants shall designate expert witnesses and disclose their written reports by June 17, 2020.

8.    Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by July 17, 2020.

9.    Discovery shall be completed by August 17, 2020.  Written discovery shall be propounded so that the time for response is not later than this date.

10.   Dispositive motions shall be filed by September 17, 2020.


IT IS SO ORDERED.

Dated December 20, 2019.


_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE