IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| STEPHEN B. GRANT on behalf of the United States of America, and on behalf of the State of Iowa,<br><br>       Plaintiff/Relator,<br>v.<br><br>STEVEN K. ZORN, IOWA SLEEP DISORDERS CENTER, P.C., and IOWA CPAP, L.L.C.<br><br>       Defendants. | CASE NO. 4:18-cv-00095-SMR-SBJ<br><br><br><br>**JOINT WITHDRAWAL OF JURY DEMAND** |

**COME NOW,** the Parties, by and through their undersigned counsel, and hereby

withdraw their jury demands pursuant to Fed. R. Civ. P. 38(d)

ZENOR KUEHNER, P.L.C.

By: */s/ Adam Zenor*
Adam Zenor, AT0009698
111 E. Grand Ave., Ste. 400
Des Moines, IA 50309
Phone: 515/650-9005
adam@zenorkuehner.com
ATTORNEY FOR PLAINTIFF/RELATOR

SHINDLER, ANDERSON, GOPLERUD
& WEESE, P.C.

By: */s/ Brandon M. Bohlman*
Frederick B. Anderson AT0000467
Brian O. Marty, AT0011622
Brandon M. Bohlman, AT0011668
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Email:  anderson@sagwlaw.com
       marty@sagwlaw.com

bohlman@sagwlaw.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Sara Pottebaum